**Fill in this information to identify the case:**

| | |
|---|---|
| **Debtor 1** | Robert Edward Sweat |
| **Debtor 2** | Catherine Virginia Sweat |
| (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Tennessee |
| | **(State)** |

Case number 3:18-bk-32236-SHB

## Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See bankruptcy rule 3002.1

**Name of creditor:** SERVIS ONE, INC DBA BSI FINANCIAL SERVICES

**Court claim no.** (if known): 19

**Last four digits** of any number you use to identify the debtor's account:   3289

**Date of payment change:**   12/01/2021
Must be at least 21 days after date of this notice

**New total payment:**   $1,162.62
Principal, interest, and escrow, if any

## Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:   $293.24          New escrow payment:   $482.98

## Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

   ☑ No

   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

   Current Interest Rate:                     New interest rate:

   Current principal and interest payment:          New principal and interest payment:

## Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No

   ☐ Yes.   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect)

   Reason for change:

   Current mortgage payment:                   New mortgage payment:

| Debtor 1 | Robert Edward Sweat | | | Case Number (if known) | 3:18-bk-32236-SHB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _____/s/ Michelle Ghidotti-Gonsalves_____     Date __11/08/2021__
    Signature

Print:    __Michelle__ __Ghidotti-Gonsalves__    Title  __Authorized Agent__
          First name      Middle Name     Last name

Company    __GHIDOTTI | BERGER LLP__

Address    __1920 Old Tustin Avenue__
          Number         Street

          __Santa Ana, CA 92705__
          City         State      Zip Code

Contact phone    __(949) 427-2010__     Email:  __bknotifications@ghidottiberger.com__

**BSI** *Financial*
*Services*

**Annual Escrow Account
Disclosure Statement**

314 S. Franklin Street, 2nd Floor
P.O. Box 517
Titusville, PA 16354
1-800-327-7861
https://myloanweb.com/BSI

004

ACCOUNT NUMBER: ████████

DATE: 10/27/21

7

CATHERINE SWEAT
243 THELMA CIR
JACKSBORO, TN 37757

PROPERTY ADDRESS

243 THELMA CIR
JACKSBORO, TN 37757

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED. THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED ESCROW ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING  12/01/2021 THROUGH 11/30/2022.

| -------- ANTICIPATED PAYMENTS FROM ESCROW 12/01/2021 TO 11/30/2022 --------- |
|---|

```
HOMEOWNERS INS                               $2,527.00
FHA MIP -RBP                                 $1,081.68
COUNTY TAX                                     $922.18
TOTAL PAYMENTS FROM ESCROW                   $4,530.86
MONTHLY PAYMENT TO ESCROW                      $377.57
```

| ------ ANTICIPATED ESCROW ACTIVITY 12/01/2021 TO 11/30/2022 --------- |
|---|

| | ANTICIPATED PAYMENTS | | | ESCROW BALANCE COMPARISON | |
|---|---|---|---|---|---|
| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | ANTICIPATED | REQUIRED |
| | | | STARTING BALANCE --> | $402.70- | $862.31 |
| DEC | $377.57 | $90.14 | FHA MIP -RBP | $115.27- | $1,149.74 |
| JAN | $377.57 | $90.14 | FHA MIP -RBP | $172.16 | $1,437.17 |
| FEB | $377.57 | $90.14 | FHA MIP -RBP | $459.59 | $1,724.60 |
| MAR | $377.57 | $90.14 | FHA MIP -RBP | $747.02 | $2,012.03 |
| APR | $377.57 | $90.14 | FHA MIP -RBP | $1,034.45 | $2,299.46 |
| MAY | $377.57 | $90.14 | FHA MIP -RBP | $1,321.88 | $2,586.89 |
| JUN | $377.57 | $90.14 | FHA MIP -RBP | $1,609.31 | $2,874.32 |
| JUL | $377.57 | $90.14 | FHA MIP -RBP | $1,896.74 | $3,161.75 |
| AUG | $377.57 | $90.14 | FHA MIP -RBP | $2,184.17 | $3,449.18 |
| SEP | $377.57 | $90.14 | FHA MIP -RBP | $2,471.60 | $3,736.61 |
| OCT | $377.57 | $2,527.00 | HOMEOWNERS INS | $322.17 | $1,587.18 |
| | | $90.14 | FHA MIP -RBP | $232.03 | $1,497.04 |
| | | $922.18 | COUNTY TAX      L1-> | $690.15- | L2->   $574.86 |
| NOV | $377.57 | $90.14 | FHA MIP -RBP | $402.72- | $862.29 |

--------- **DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE** --------
IF THE ANTICIPATED LOW POINT BALANCE (L1) IS LESS THAN THE REQUIRED BALANCE (L2), THEN YOU HAVE AN ESCROW SHORTAGE.  **YOUR ESCROW SHORTAGE IS $1,265.01.**

| CALCULATION OF YOUR NEW PAYMENT |
|---|

```
PRIN & INTEREST                                $679.64
ESCROW PAYMENT                                 $377.57
SHORTAGE PYMT                                  $105.41
NEW PAYMENT EFFECTIVE 12/01/2021             $1,162.62
```

********** Continued on reverse side ************

********** **Continued from front** **********

YOUR ESCROW CUSHION FOR THIS CYCLE IS $574.86.

| ACCOUNT HISTORY |
|---|

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING 12/01/2020 AND ENDING 11/30/2021. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS BEGING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.  THIS STATEMENT IS INFORMATION ONLY AND REQUIRES NO ACTION ON YOUR PART.

YOUR PAYMENT BREAKDOWN AS OF 12/01/2020 IS:

```
PRIN & INTEREST                    $679.64
ESCROW PAYMENT                     $293.24
BORROWER PAYMENT                   $972.88
```

| MONTH | PAYMENTS TO ESCROW | | PAYMENTS FROM ESCROW | | | ESCROW BALANCE | |
|---|---|---|---|---|---|---|---|
| | PRIOR PROJECTED | ACTUAL | PRIOR PROJECTED | ACTUAL | DESCRIPTION | PRIOR PROJECTED | ACTUAL |
| | | | | | STARTING BALANCE | $0.00 | $0.00 |
| AUG | $0.00 | $1,850.70 * | | | | $0.00 | $1,850.70 |
| SEP | $0.00 | $0.00 | | $90.14 * | FHA MIP -RBP | $0.00 | $766.44- |
| SEP | | | | $2,527.00 | HOMEOWNERS INS | | |
| OCT | $0.00 | $0.00 | | $90.14 * | FHA MIP -RBP | $0.00 | A->  $1,778.76- |
| OCT | | | | $922.18 | COUNTY TAX | | |
| | $0.00 | $1,850.70 | $0.00 | $3,629.46 | | | |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT, THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS.  YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT BALANCE (T) WAS $0.00.  YOUR ACTUAL LOW POINT ESCROW BALANCE  (A) WAS $1,778.76-.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED.  AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN,  THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

## Determining your Shortage or Surplus

**Shortage**:
Any shortage in your escrow account is usually caused by one the following items:
- An increase, if any, in what was paid for insurance and/or taxes from your escrow account.
- A projected increase in taxes for the upcoming year.
- The number of months elapsed from the time of these disbursements to the new payment effective date.

Shortages are divided evenly of the next twelve months.  To reduce the increase in your monthly payment, the shortage can be paid either partially or in full.

**Surplus**:
A surplus in your escrow account is usually caused by one the following items:
- The insurance/taxes paid during the past year were lower than projected.
- A refund was received from the taxing authority or insurance carrier.
- Additional funds were applied to your escrow account.

If your surplus is $50.00 or greater and your loan was contractually current at the time when the analysis was run or calculated, a check will be sent to you.  If your surplus is less than $50.00, the funds will be retained in your escrow account.

Licensed as Servis One, Inc. dba BSI Financial Services BSI Financial Services BSI NMLS# ████████
Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

**<u>CERTIFICATE OF SERVICE</u>**

On November 8, 2021, I served the foregoing documents described as Notice of Mortgage Payment Change on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Richard M. Mayer                    mayerandnewton@mayerandnewton.com

TRUSTEE
Gwendolyn M Kerney                  ECFKnoxville@trustee13.com

US Trustee                          Ustpregion08.kx.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

<u>/s/ Ana Palacios</u>
Ana Palacios

On November 8, 2021, I served the foregoing documents described Notice of Mortgage Payment Change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| Debtors:<br>Robert Edward Sweat<br>Catherine Virginia Sweat<br>243 Thelma Circle<br>Jacksboro, TN 37757 | |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

<u>/s/ Ana Palacios</u>
Ana Palacios